DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**PEDRO ORTIZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-561 EJG |
| Plaintiff, | STIPULATION AND ORDER – *AS MODIFIED BY DATE* |
| vs. | DATE: May 21, 2010 |
| PEDRO ORTIZ, | TIME: 10:00 AM |
| Defendant. | JUDGE: Hon. Edward Garcia |

It is hereby stipulated and agreed to between the United States of America through  , Assistant U.S. Attorney, and defendant Pedro Ernesto Ortiz, by and through his attorney, Dan Koukol, that the status conference of May 21, 2010 be vacated and that a status conference be set for June *25*, 2010 at 10:00 AM.

This continuance is being requested because the parties need additional time to finalize the plea agreements. It is anticipated the defendant will be entering a change of plea on June 4, 2010.

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for June *25*, 2010 at 10:00 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

-1-

DATED: MAY 18, 2010                           Respectfully submitted,


                                              /s/ DAN KOUKOL
                                              _____
                                              DAN KOUKOL
                                              Attorney for defendant Pedro Ortiz


DATED: MAY 18, 2010                           Respectfully submitted,


                                              /s/ DAN KOUKOL FOR JILL THOMAS
                                              _____
                                              JILL THOMAS
                                              Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:   May 19, 2010


                            /s/ Edward J. Garcia
                           Edward Garcia
                           UNITED STATES DISTRICT JUDGE